UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW EAST WEST TRADING INC., | No. 2:21-cv-1703-MCE-KJN |
| Plaintiff, | ORDER VACATING HEARING AND ORDER TO RESPOND |
| v. | |
| WYGOLD LLC, et al., | |
| Defendants. | |

   Presently pending before the court is plaintiff's amended motion for default judgment against defendants Wygold LLC and Cynthia Gillett, set for hearing on May 3, 2022.  (ECF No. 15.)  Pursuant to Local Rule 230(c), defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. April 18, 2022.  Although that deadline has passed, no opposition or statement of non-opposition was filed.

   Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendants one additional, final opportunity to oppose the motion.

   Accordingly, IT IS HEREBY ORDERED that:

1. The May 3, 2022 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g).  The court will reschedule a hearing at a future date, if

1

    necessary;

2. Any opposition by either defendant shall be filed no later than May 3, 2022, and the reply brief from plaintiff, if any, is due May 10, 2022;

3. Defendants Wygold and Gillett are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against them; and

4. Plaintiff shall promptly serve a copy of this order on defendants Wygold and Gillett at their last-known addresses, and file a proof of service.

Dated: April 19, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

newe.1703