UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW EAST WEST TRADING INC., | No. 2:21-cv-1703-MCE-KJN |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| WYGOLD LLC, et al., | (ECF No. 15.) |
| Defendants. | |

Presently pending before the court is plaintiff's amended motion for default judgment against defendants Wygold LLC and Cynthia Gillette. (ECF No. 15.) The court took the motion under submission on April 20, 2022, after defendants failed to respond, despite multiple notices of the pending motion. (ECF No. 16.) Thereafter, the court noted numerous deficiencies with plaintiff's motion, including insufficient facts to support liability and damages, and ordered supplemental briefing be filed by August 15, 2022. (ECF No. 18.) The court cautioned that failure to address the deficiencies could result in a denial of plaintiff's motion for default judgment. (Id.) The deadline has passed without a response from plaintiff. Thus, for the reasons expressed in the court's order for supplemental briefing, plaintiff's motion for default judgment is DENIED WITHOUT PREJUDICE.

Dated: August 25, 2022

newe.1703

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE