UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW EAST WEST TRADING INC., | Case No.  2:21-cv-01703-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| WYGOLD LLC, et al., | |
| Defendants. | |

On July 19, 2022, an order was filed, ECF No. 18, by Magistrate Judge Kendall J. Newman directing that further briefing be filed in support of Plaintiff's Amended Motion for Default Judgment ("Motion"), ECF No. 15.  Plaintiff did not respond to that directive, and, on August 25, 2022, Plaintiff's Motion was denied.  ECF No. 19.

This Court thereafter issued the following minute order:

> After review of the docket, the parties are ordered to file a Joint Status Report as to the status of the case not later than ten (10) days from the date of this Order. Failure to timely comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

ECF No. 20.  Again, Plaintiff failed to respond.

///

///

1

Accordingly, this action is hereby DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) for failure to follow the applicable rules and orders of this Court.

IT IS SO ORDERED.

Dated:  October 25, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE